THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHASE NATIONAL BANK OF CITY OF NEW YORK et al., as Trustees under the Will of CATHERINE T. MOULTON, Deceased, Appellant, against PAUL A. BANKSON, as Tax Assessor of the City of New Rochelle, et al., Respondents.

Argued January 6, 1942; decided February 26, 1942.

*Charles H. Bellows* and *Abraham Breitbart* for appellant. *Aaron Simmons, Corporation Counsel (William L. Moran* of counsel), for respondents.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division, on the ground that the weight of evidence lies with the Special Term. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., LEWIS and DESMOND, JJ.